COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Marvinell Harlan v. Texas Workforce Commission, Appeal Tribunal Hearing Officer J. Koehn, Hearing Officer L. Lawrence, and Commissioners Hope Andrade and Andres Alcantar |
| Appellate case number: | 01-17-00849-CV |
| Trial court case number: | 2015-11049 |
| Trial court: | 190th District Court of Harris County |

Appellant, Marvinell Harlan, has filed a "Motion for Clarification." The motion is **dismissed as moot**.

**Appellant's motion for rehearing remains due to be filed no later than December 7, 2018, with no extensions**.

It is so ORDERED.

Judge's signature: ____/s/ Russell Lloyd_____
                    ☒ Acting individually     ☐ Acting for the Court

Date: ____November 29, 2018_____